■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS FARRUGIA, Appellant.—Judgment of the County Court, Westchester County, rendered September 17, 1973, affirmed. The error in the charge, when considered in context, was not prejudicial (cf. *People v Crimmins,* 36 NY2d

230). We have considered the other points raised by defendant and find them to be without merit. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.